```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AIR CONDITIONING DESIGN, INC., a California corporation, GALE SMITH an individual, <br><br> Defendant. | NO.  C 09 1389 BZ <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

   IT IS ORDERED that the Case Management Conference in this case set for July 13, 2009 be continued to October ~~12~~ 19, 2009 at 4:00 p.m. in Courtroom G, 15th Floor, San Francisco, CA.

Dated: __July 1, 2009__                    _____
                                            Honorable Bernard Zimmerman

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE